Russell A. Robinson, SBN 163937
Law Office of Russell A. Robinson
345 Grove Street, 1st Floor
San Francisco, CA 94102
Phone:       415.255.0462
Fax:         415.431.4526
e-mail:      **rarcases@yahoo.com**

Counsel for Plaintiff
**RICARDO LOPEZ**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO LOPEZ,<br><br>         Plaintiff,<br><br>v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>         Defendants.<br>_____/ | Case No.   C-12-6523-MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NATHANIEL FORD WITHOUT PREJUDICE**<br>Fed. Rules of Civ. Proc., Rule 41(a)<br>[Employment – Jury Demanded] |

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

PLEASE TAKE NOTICE that while he believed, and believes, that the action was filed and maintained in good faith and with cause (never frivolous) against Defendant Nathaniel Ford, before this matter was removed by some defendants to federal court, Plaintiff had in fact requested dismissal of Defendant Nathaniel Ford.  However, this Court's docket does not reflect the fact that Nathaniel Ford has in fact previously been dismissed without prejudice; therefore, pursuant to Federal Rules of Civil Procedure (FRCP), Rule 41(a), Plaintiff hereby gives notice of voluntary dismissal of Defendant Nathaniel Ford as follows:

Voluntary Dismissal.

(1)    By the Plaintiff.

(A)    Without a Court Order.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1      (i)   a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

       (ii)  a stipulation of dismissal signed by all parties who have appeared.

   (B) Effect. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal – or state – court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

Date: January 3, 2013                    /s/   Russell A. Robinson
                                    By:    Russell A. Robinson
                                    Law Office of Russell A. Robinson
                                    Counsel for Plaintiff
                                    RICARDO LOPEZ

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated:   1/7/2013