1  Russell A. Robinson, SBN 163937
   Law Office of Russell A. Robinson
2  345 Grove Street, 1st Floor
   San Francisco, CA 94102
3  Phone:        415.255.0462
   Fax:          415.431.4526
4  e-mail:       **rarcases@yahoo.com**

5  Counsel for Plaintiff
   **RICARDO LOPEZ**
6

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 RICARDO LOPEZ,                      Case No.    C-12-6523-MEJ

12         Plaintiff,                  **NOTICE OF VOLUNTARY DISMISSAL OF
                                       DEFENDANT NATHANIEL FORD WITHOUT
13 v.                                  PREJUDICE**
                                       Fed. Rules of Civ. Proc., Rule 41(a)
14 CITY & COUNTY OF SAN FRANCISCO,     [Employment – Jury Demanded]
   et al.,
15
           Defendants.
16 _____/

17         TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

18         PLEASE TAKE NOTICE that while he believed, and believes, that the action was filed

19 and maintained in good faith and with cause (never frivolous) against Defendant Nathaniel

20 Ford, before this matter was removed by some defendants to federal court, Plaintiff had in fact

21 requested dismissal of Defendant Nathaniel Ford.  However, this Court's docket does not

22 reflect the fact that Nathaniel Ford has in fact previously been dismissed without prejudice;

23 therefore, pursuant to Federal Rules of Civil Procedure (FRCP), Rule 41(a), Plaintiff hereby

24 gives notice of voluntary dismissal of Defendant Nathaniel Ford as follows:

25         Voluntary Dismissal.

26         (1)    By the Plaintiff.

27                (A)    Without a Court Order.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and
                         any applicable federal statute, the plaintiff may dismiss an action without
28                       a court order by filing:

---

*Lopez v. C&CSF, et al.*                                                              P004NOD
NOTICE OF DISMISSAL OF DEFENDANT
NATHANIEL FORD WITHOUT PREJUDICE

1          (i)    a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

2          (ii)   a stipulation of dismissal signed by all parties who have appeared.

(B)   Effect. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal – or state – court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

Date: January 3, 2013          /s/   Russell A. Robinson
                                     By:    Russell A. Robinson
                                   Law Office of Russell A. Robinson
                                   Counsel for Plaintiff
                                   RICARDO LOPEZ

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED / Judge Maria-Elena James]

Dated:   1/7/2013

Lopez v. C&CSF, et al.
NOTICE OF DISMISSAL OF DEFENDANT
NATHANIEL FORD WITHOUT PREJUDICE    - 2 -    P004NOD