1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  RAFAL OFIERSKI, State Bar ##194798
   AMY SUPER, State Bar #274617
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Floor #5
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3931
   Facsimile:     (415) 554-4248
7  E-Mail:        amy.super@sfgov.org

8

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
10 YORK KWAN and MIKE HELMS

11                     IN THE UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

| RICARDO LOPEZ, | Case No. C 12-6523 MEJ |
|---|---|
| Plaintiff, | *E-filing case* |
| vs. | **STIPULATION TO CONTINUE MEDIATION** |
| CITY AND COUNTY OF SAN FRANCISCO MUNICIPAL TRANSIT AGENCY, NATHANIEL FORD, YORK KWAN, MIKE HELMS, and DOES 1-40, | Judge:   Honorable Maria-Elena James<br>Place:   450 Golden Gate, SF |
| Defendants. | Date Action Filed:   December 5, 2012<br>Trial Date:         August 25, 2014 |

STIPULATION – CASE NO. C12-6523 MEJ         1         n:\labor team\asuper\lopez\stip to continue mediation.docx

IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

1) The parties agreed to court-ordered mediation in this case on June 21, 2013, and met telephonically with mediator Teri Sklar in preparation for this mediation. The parties had planned to exchange written discovery and hold the deposition before the scheduled mediation.

2) Due to delays in the exchange of written discovery and scheduling conflicts, the deposition of the Plaintiff did not occur before the scheduled mediation date of June 21, 2013.

3) On June 19, 2013, after a pre-mediation conference call with mediator Sklar, the parties agreed to continue the mediation for this case until August 28, 2013.

Dated: July 10, 2013

By: /s/_____
AMY D. SUPER
Attorney for Defendant
CITY AND COUNTY OF SAN FRANCISCO,
YORK KWAN and MIKE HELMS

By: /s/_____
RUSSELL A. ROBINSON
Attorney for Plaintiff
RICARDO LOPEZ

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The mediation in this case is continued to August 28, 2013.

Dated: July 11, 2013

_____
THE HONORABLE JUDGE MARIA-ELENA JAMES