DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
RAFAL OFIERSKI, State Bar ##194798
AMY SUPER, State Bar #274617
Deputy City Attorneys
Fox Plaza
1390 Market Street, Floor #5
San Francisco, California 94102-5408
Telephone:     (415) 554-3931
Facsimile:      (415) 554-4248
E-Mail:          amy.super@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
YORK KWAN and MIKE HELMS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO LOPEZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO MUNICIPAL TRANSIT AGENCY, NATHANIEL FORD, YORK KWAN, MIKE HELMS, and DOES 1-40,<br><br>            Defendants. | Case No. C 12-6523 MEJ<br><br>*E-filing case*<br><br>**STIPULATION TO CONTINUE MEDIATION**<br><br>Judge:     Honorable Maria-Elena James<br>Place:      450 Golden Gate, SF<br><br>Date Action Filed:     December 5, 2012<br>Trial Date:                 August 25, 2014 |

STIPULATION – CASE NO. C12-6523 MEJ          1          n:\labor team\asuper\lopez\stip to continue mediation.docx

IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

1) The parties agreed to court-ordered mediation in this case on June 21, 2013, and met telephonically with mediator Teri Sklar in preparation for this mediation.  The parties had planned to exchange written discovery and hold the deposition before the scheduled mediation.

2) Due to delays in the exchange of written discovery and scheduling conflicts, the deposition of the Plaintiff did not occur before the scheduled mediation date of June 21, 2013.

3) On June 19, 2013, after a pre-mediation conference call with mediator Sklar, the parties agreed to continue the mediation for this case until August 28, 2013.

Dated:  July 10, 2013

By: /s/_____
AMY D. SUPER
Attorney for Defendant
CITY AND COUNTY OF SAN FRANCISCO,
YORK KWAN and MIKE HELMS

By: /s/_____
RUSSELL A. ROBINSON
Attorney for Plaintiff
RICARDO LOPEZ

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The mediation in this case is continued to August 28, 2013.

Dated: July 11, 2013

_____
THE HONORABLE JUDGE MARIA-ELENA JAMES