UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RICARDO LOPEZ,<br>     Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br>     Defendants.<br>_____/ | No. C 12-6523 MEJ<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     October 18, 2013<br>Mediator: Teri Sklar |

   IT IS HEREBY ORDERED that the request to excuse defendant York Kwan, from appearing in person at the October 18, 2013 mediation before Teri Sklar is GRANTED.  Mr. Kwan shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

   IT IS SO ORDERED.

October 11, 2013           By: _____
Dated                                    Elizabeth D. Laporte
                                         United States Chief Magistrate Judge