UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

RICARDO LOPEZ,
    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,
    Defendants.
_____/

No. C 12-6523 MEJ

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     October 18, 2013
Mediator:  Teri Sklar

    IT IS HEREBY ORDERED that the request to excuse defendant York Kwan, from appearing in person at the October 18, 2013 mediation before Teri Sklar is GRANTED.  Mr. Kwan shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

October 11, 2013      By: *Elizabeth D. Laporte*
Dated                                 Elizabeth D. Laporte
                                        United States Chief Magistrate Judge