UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICARDO LOPEZ,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 12-cv-06523-MEJ

**ORDER TO SHOW CAUSE**

On March 20, 2014, Defendants City and County of San Francisco, York Kwan, and Mike Helms filed a Motion for Summary Judgment, with a noticed hearing date of April 24, 2015. Dkt. No. 20. The Court subsequently continued the hearing to May 1, 2014, and order Plaintiff Ricardo Lopez to file an opposition by April 10. Dkt. No. 30. However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the motion hearing and ORDERS Plaintiff Ricardo Lopez to show cause why the Court should not grant Defendants' Motion and dismiss this case for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by April 21, 2014. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on May 1, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby given to Plaintiffs that the Court may dismiss this case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiff file a written response by the deadline above.

    **IT IS SO ORDERED.**

Dated: April 14, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge