UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO LOPEZ,<br><br>             Plaintiff,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>             Defendants. | Case No.  12-cv-06523-MEJ<br><br>**JUDGMENT** |

On June 30, 2014, the Court granted Defendants Motion for Summary Judgment.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff Ricardo Lopez.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 30, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge