AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Ricardo Lopez | ) | |
| | ) | |
| v. | ) | Case No.: 12-cv-06523-MEJ |
| City & County of San Francisco, et al. | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___06/30/2014___ against ___Ricardo Lopez___,
                                                                Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................... | $ |
| Fees for service of summons and subpoena ................................. | 133.02 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 1,605.80 |
| Fees and disbursements for printing ........................................ | |
| Fees for witnesses *(itemize on page two)* ................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ............................ | |
| Docket fees under 28 U.S.C. 1923 ........................................ | |
| Costs as shown on Mandate of Court of Appeals ......................... | |
| Compensation of court-appointed experts ................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ................................................ | |
| TOTAL | $ 1,738.82 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑  Electronic service          ☐  First class mail, postage prepaid

☐  Other: _____

s/ Attorney:   __/s/Amy Super_____

Name of Attorney: Amy Super

For: ___City & County of San Francisco_____   Date: 7/8/'14
          *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
     *Clerk of Court*                          *Deputy Clerk*                    *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
     "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
     "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
     Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

     When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

     Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

*Okay to make out check to Dawn Stefko (per the accounting program)*

STEFKO REPORTING
Certified Shorthand Reporters
2012 Easton Drive
Burlingame, CA 94010
BUS./FAX (650) 685-1795
dawnstefko@aol.com

I N V O I C E

**OFFICE OF THE CITY ATTORNEY**
**1390 Market Street, Fifth Floor**
**San Francisco, CA 94102**
**ATTN: AMY SUPER, ATTORNEY AT LAW**

INVOICE DATE: 09/19/13
INVOICE NO. 02379
EIN: 61-1433528

RE:  RICARDO LOPEZ v City and County of San Francisco, et al.
     Case No. C-12-6523-MEJ

     Depos of Michael E. Helms, York Kwan and Richard Andrew Katz
     Date taken: September 9, 2013
     Reported by Dawn Sue Stefko, CSR No. 5079

| | |
|---|---:|
| Helms copy (33 pages)(minimum) | $ 175.00 |
| Kwan copy (75 pages) | $ 206.25 |
| Katz copy (47 pages) | $ 129.25 |
| Certification (three) | 30.00 |
| Exhibits (34 black&white) | 13.60 |
| CD (three) | 45.00 |
| Condensed/Index (three) | 75.00 |
| Delivery/Handling (copies) | 30.00 |
| **TOTAL** | **$ 704.10** |

T*H*A*N*K Y*O*U

OK TO PAY
File #: 130527
By: _____ DATE _____

**BONNIE WAGNER**
**COURT REPORTING SERVICE**
1819 Polk Street, #446
San Francisco, CA  94109
(415) 982-4849
TAX ID 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

# Invoice

| Date | Invoice # |
|---|---|
| 10/12/2013 | 184754 |

**Bill To**

Amy D. Super
Deputy City Attorney
Office of the City Attorney
1390 Market Street, 7th Floor
San Francisco, CA  94102

**Case**

Ricardo Lopez vs CCSF
U.S. District Court, Northern District
Case No. C-12-6523-MEJ

| Description | Amount |
|---|---|
| Deposition of Ricardo Lopez<br>Reported on 9-17-13<br>Original and one copy (127 Pages)<br>Exhibits (32 B/W;32 Pages Scanned) | 590.55<br>22.40 |
| Total | $612.95 |

OK TO PAY
FILE #: 130527
BY: [signature]  10/23/13
Date

RECEIVED
OCT 23 2013
BY: ..........................

# INVOICE

HANNAH KAUFMAN & ASSOCIATES, INC.
Certified Shorthand Reporters
San Francisco Executive Park
5 Thomas Mellon Circle, Suite 218
San Francisco CA 94134-2501
Phone: 415-337-2077   Fax: 415-337-2073

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 141009 | 3/4/2014 | 83739 |
| Job Date | Case No. | |
| 2/3/2014 | C126523MEJ | |

| Case Name |
|---|
| Ricardo Lopez v. CCSF Municipal Transit District Agency, York Kwan, Mike Helms |

| Payment Terms |
|---|
| Net 30 days |

Amy D. Super, D.C.A.
San Francisco City Attorney's Office
1390 Market Street
Fox Plaza
San Francisco CA 94102

ORIGINAL AND ONE COPY OF THE DEPOSITION TRANSCRIPT OF:
  Ricardo Lopez, Vol. II                                                                                 288.75

                                              TOTAL DUE >>>         $288.75

Client Matter No.: 130527

Minimum fee applies.

This invoice replaces our invoice #140922, which was billed in error. Please discard invoice #140922. We apologize for any inconvenience this causes.

Tax ID: 94-2963817                                             Phone: 415-554-3800   Fax: 415-554-3837

*Please detach bottom portion and return with payment.*

Amy D. Super, D.C.A.
San Francisco City Attorney's Office
1390 Market Street
Fox Plaza
San Francisco CA 94102

Job No.      : 83739              BU ID    : 1-MAIN
Case No.     : C126523MEJ
Case Name    : Ricardo Lopez v. CCSF Municipal Transit District
               Agency, York Kwan, Mike Helms
Invoice No.  : 141009         Invoice Date : 3/4/2014
Total Due    : $ 288.75

Remit To: **HANNAH KAUFMAN & ASSOCIATES, INC.**
         **Certified Shorthand Reporters**
         **San Francisco Executive Park**
         **5 Thomas Mellon Circle, Suite 218**
         **San Francisco CA 94134-2501**

| PAYMENT WITH CREDIT CARD | MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# WESTCOAST LEGAL SERVICE

1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

## INVOICE   WLS# 25310410-02

**BILL TO:**

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

Client No.: 5544217

File No.: 130527
Claim No.:
Pltf/Appl: Ricardo Lopez
vs Def: City and County of San Francisco, et al.
Court: UNITED STATES DISTRICT COURT
Case No.: C12-6523 MEJ

Records Pertain To: **Ricardo Lopez**
Records From: **Roy L Curry, MD & Assoicates**
**San Francisco, CA**

**SHIP TO:**

Amy Super
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5543881

IRS # 77-0009418

| | AMOUNT |
|---|---|
| *File Basic | 39.00 |
| *Witness Fee | 15.00 |
| *Check Charge | 1.50 |

OK TO PAY
FILE #: 130527
BY: [signature] 12/2/13

**Notes:**
NO RECORDS (PER DESCRIPTION) AVAILABLE FROM THIS WITNESS WITH INFORMATION PROVIDED

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

| SALES TAX | .00 |
|---|---|

| DATE | November 7, 2013 | INVOICE NO. | 25310410-02 | | 55.50 |
|---|---|---|---|---|---|

---

PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310410-02 | November 7, 2013 | 55.50 |

**PAYMENT CHOICE:**
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA / MasterCard (please circle)

Name on Card          Card Number          Exp. Date          Signature

**PLEASE REMIT TO:**

**WestCoast Legal Service
A/R PROCESSING
1245 S WINCHESTER BLVD #208
SAN JOSE, CA 95128**

WLS# 25310410-02

IRS # 77-0009418



**WESTCOAST LEGAL SERVICE**
1245 S Winchester Blvd #208, San Jose, CA 95128  (408) 292-8128

**INVOICE**  WLS# 25310410-01

BILL TO:

San Francisco City Attorneys Office - Accounting Dept
1390 Market St, 5th Floor
San Francisco, CA. 94102
(415) 554-4211 x7

SHIP TO:

Amy Super
San Francisco City Attorneys Office
1390 Market Street, 6th Floor
San Francisco, CA. 94102
(415) 554-3800

Client No.: 5544217
File No.: 130527
Claim No.:
Pltf/Appl: Ricardo Lopez
vs Def: City and County of San Francisco, et al.
Court: UNITED STATES DISTRICT COURT
Case No.: C12-6523 MEJ

Records Pertain To: **Ricardo Lopez**
Records From: **Elliott Henderson PhD**
**San Francisco, CA**

Client No.: 5543881

IRS # 77-0009418

| | AMOUNT |
|---|---|
| File Basic | 39.00 |
| Witness Fee | 15.00 |
| Check Charge | 1.50 |
| Copies 135.00 | 20.25 |

Notes:
DIGITAL RECORDS ONLY SENT PER CLIENT REQUEST

OK TO PAY
FILE #: 130527
BY: [signature]  1/6/14

1.5% finance charge per month on balance over 30 days.
IMPORTANT! Please show Invoice Number with Payment.

SALES TAX  1.77

| DATE | INVOICE NO. | | |
|---|---|---|---|
| December 10, 2013 | 25310410-01 | | 77.52 |

PLEASE DETACH THIS STUB AND SEND WITH YOUR PAYMENT

| Invoice Billed To | Client No. | Invoice No. | Date | Invoice Amount |
|---|---|---|---|---|
| San Francisco City Attorneys Office - Accounting Dept | 5544217 | 25310410-01 | December 10, 2013 | 77.52 |

PAYMENT CHOICE:
☐ CHECK: Payable to WestCoast Legal Service
☐ CREDIT CARD: VISA / MasterCard (please circle)

Name on Card          Card Number          Exp. Date          Signature

PLEASE REMIT TO:

**WestCoast Legal Service
A/R PROCESSING
1245 S WINCHESTER BLVD #208
SAN JOSE, CA 95128**

**WLS# 25310410-01**

IRS # 77-0009418